E. W. GARVITT, Respondent, v. WILLIAM ARMSTRONG
et al., Appellants.

No. 429; June 5, 1865.

**New Trial—Time for Motion.—Under the Statute the Ten Days**
within which a party may move for a new trial are to be computed
from the day of his being given notice of the filing of the findings.

J. G. McCallum for respondent; William, Johnson & Blanchard for appellants.

SAWYER, J.—Respondent claims that the right to move
for a new trial was waived, because the notice was not given
till nineteen days after the filing of the findings and entry of
judgment. But the cause was tried without a jury, and it
nowhere appears that notice of the filing of the findings was
ever served on the defendants. Under section 195, they had
ten days after receiving written notice of the filing of the findings within which to give their notice.

He next insists that there is no valid statement on motion
for new trial, for the reason that the statement contains no
sufficient specification of the grounds upon which defendants
intended to rely. The statement is certainly very carelessly
and loosely made up.

As to appellants' points: The complaint is very wordy, and
not by any means a model pleading. But upon the whole, we
think it states a cause of action.

The answer does not, in our opinion, sufficiently aver any
affirmative matter presenting any new material issue that required a replication. No question appears to have been made
in any form on this point in the court below.

There is but one point upon the sufficiency of the evidence
that can, with any show of reason, be claimed to be specified
with sufficient particularity in the statement to entitle it to
notice. Upon that point the evidence is such that we cannot
disturb the finding.

We see no error in the record that would justify a reversal
of the judgment. It is therefore affirmed.

We concur: Currey, J.; Rhodes, J.; Shafter, J.

Sanderson, C. J., having been of counsel, did not sit on the
hearing of this cause.